UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br>　　　　Plaintiff,<br>　　v.<br>DAVIS, et al.,<br>　　　　Defendants. | Case No. 22-cv-06219-HSG<br>**JUDGMENT** |

The Court has dismissed this action without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:　1/27/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge